COURT OF APPEALS 82,558-01,02

This is in Regards To my Habeas Corpus Application, and WRIT OF Mandamus Applications, I have Recently Discovered that I will be Requiring a Court Appointed APPELATE ATTORNEY, STATE COUNSEL FOR OFFENDERS INSTRUCTED ME TO WRITE THE COURTS and DISTRICT Clerk, So, here is my Motion with UNSWORN Declaration. Soon to be Following will be the MOTION FOR EXTENSION OF TIME, as Followed BY THE STATE Counsel FOR OFFENDERS.

Here are my CAUSE NO's: 12-10-11,741-A

WR-82,558-02

WR-82,558-01

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta. Clerk

CAUSE NO. 12-10-11,741-A

THE STATE OF TEXAS

V.

RONNIE HENDRICK

TDCJ #1865458

IN THE 24TH Judicial District

DEWITT COUNTY COURTHOUSE

CUERO, TEXAS. 77954

# REQUEST FOR APPOINTED COUNSEL

PURSUANT TO ARTICLE 1.051, TEXAS Code of Criminal Procedure

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the defendant, RONNIE HENDRICK TDCJ# 1865458 and REQUESTS THAT THE COURT APPOINT COUNSEL TO ASSIST HIM IN RESOLVING PENDING CHARGES IN THE ABOVE — STYLED CAUSE PURSUANT TO TEX. Code CRIM. PRO. ART. 1.051.

ARTICLE 1.051 (c) STATES AS FOLLOWS: "An indigent Defendant IS ENTITLED TO HAVE HIV ATTORNEY APPOINTED TO REPRESENT HIM IN ANY ADVERSARY JUDICIAL Proceeding that MAY RESULT IN Punishment BY CONFINEMENT.." DEFENDANTS DECLARATION IN SUPPORT OF RIGHT TO REPRESENTATION OF COUNSEL IS ATTACHED AND INCORPORATED HERE TO EXHIBIT 1.

RESPECTFULLY Submitted,

x Ronnie Hendrick

Ronnie Hendrick

TDCJ#1865458

GARZA EAST TRANSFER FaciLity

4304 HWY 202

BEEVILLE, TEXAS 78102

EXHIBIT 1



DECLARATION IN SUPPORT OF RIGHT TO Representation OF Counsel ART. 1.051. Texas Code of Criminal Procedure

THE FOLLOWING Declaration IS IN Support OF Article 1.051 Right to Representation BY COUNSEL IN THE Texas Code OF Criminal Procedure.

Now Respectfully comes, Ronnie Hendrick #1865-458 and declares that I am unable to PAY the COURT Costs IN THIS ACTION and Requests LEAVE OF THE COURT TO Proceed IN "Forma Pauperis" IN this Accompanying ACTION and would SHOW THE COURT THE Following:

(1) I am Presently INCARCERATED GARZA EAST UNIT, WHERE I am NOT PERmitted to EARN OR HANDLE MONEY.

(2) I have NO SOURCE OF INCOME OR Spousal income.

(3) I currently HAVE $ 0 credited to me in the Inmate TRUST FUND.

(4) DURING MY INCARCERATION IN "GARZA EAST," I have Received Approximatly $0 Per month as gifts From Relatives and Friends.

(5) I neither OWN OR HAVE an interest IN any Realty, STOCK, Bonds, OR BANK ACCOUNTS and I Receive NO INTERESTS OR DIVIDEND Income From ANY SOURCE.

(6) I HAVE 3 dependants

(7) I HAVE TOTAL DEBT OF Approximatly $ 0

(8) I owe $0 IN RESTITUTION

(9) MY MONTHLY EXPENSES ARE Approximately $0

I, Ronnie Hendrick #1865458, being Presently INCARCERATED IN THE GARZA EAST UNIT, BEEVILLE, TEXAS 78102 VERIFY and declare under Penalty OF Perjury that the Forgoing Statements are TRUE and Correct.

EXECUTED 3/08/2015

X Ronnie Hendrick
Ronnie Hendrick
TDCJ #1865458

UNSWORN DECLARATION

My name is <u>Ronnie Hendrick</u> my date of Birth is 12/11/70, and my inmate identifying number, is #1865458. I am presently incarcerated in Garza East Unit in Beeville, Texas. 4304 Hwy 202. 78102. I DECLARE UNDER PENALTY OF PERJURY that the foregoing is True and Correct.

Executed on March 8th, 2015

X <u>Ronnie Hendrick</u>
Ronnie Hendrick
TDCJ # 865458